UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24432-CIV-ALTONAGA/Simonton

**EMIGDIO BEDOYA**,

    Plaintiff,
vs.

**AVENTURA LIMOUSINE &
TRANSPORTATION SERVICE,
INC.**, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Entry of Final Judgment as to Award of Attorneys' Fees and Costs [ECF No. 267], filed February 14, 2013. The Court approved the parties' settlement in favor of Plaintiff (*see* [ECF No. 255]), and awarded Plaintiff attorneys' fees, costs, and expenses in the amount of $107,225.16 (*see* [ECF No. 266]). Plaintiff now seeks entry of a Final Judgment, including pre-judgment interest from October 8, 2012 through February 14, 2013 in the amount of $64.92. (*See* Mot. 3). Therefore, in accordance with the Court's previous Orders and Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED**

1. The Motion **[ECF No. 267]** is **GRANTED**.

2. Final Judgment is entered in favor of Plaintiff Emigdio Bedoya and against Defendants Aventura Limousine & Transportation Service, Inc., Scott Tinkler, and Neil Goodman, jointly and severally, for $107,29.08 in attorneys' fees, expenses, costs, and prejudgment interest, for which sum execution shall issue forthwith. The Final Judgment shall bear interest accruing at 0.17% computed daily from October 8,

2012, and compounded annually until satisfied or paid in full.  Defendants shall take nothing by this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of February, 2013.

                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record